IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>CHIPOTLE SERVICES, LLC, and CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>**[JURY TRIAL DEMAND]** |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex (female) and to provide appropriate relief to Charging Party Hanson ("Hanson") and a class of similarly aggrieved female employees, including at least three who were underage at the time, who were adversely affected by such practices. Plaintiff Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") alleges that Defendant Chipotle Services, LLC and Defendant Chipotle Mexican Grill, Inc. (collectively, "Defendants" or "Chipotle"): (1) subjected Hanson and class members to unlawful harassment and a hostile work environment based on sex (female); and (2) constructively discharged Hanson and at least one class member. Plaintiff seeks monetary relief for Hanson and class members, including pecuniary damages, nonpecuniary compensatory damages, punitive damages, back pay and prejudgment interest, and injunctive relief.

**COMPLAINT- Page 1**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

4. At all relevant times, Defendant Chipotle Services, LLC ("Chipotle Services") has been a corporation continuously doing business in the State of Washington and employing at least fifteen (15) employees.

5. At all relevant times, Chipotle Services has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

6. At all relevant times, Defendant Chipotle Mexican Grill, Inc. ("Chipotle Mexican Grill") has been a corporation continuously doing business in the State of Washington and employing at least fifteen (15) employees.

7. At all relevant times, Chipotle Mexican Grill has continuously been an employer

**COMPLAINT- Page 2**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

8. Defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC are a chain of fast casual restaurants in the United States, United Kingdom, Canada, Germany, and France, specializing in tacos and burritos. Defendant Chipotle Services, LLC is a wholly-owned subsidiary of Chipotle Mexican Grill, Inc.

## ADMINISTRATIVE PROCEDURES

9. More than thirty (30) days prior to the institution of this lawsuit, Hanson filed Charge No. 551-2020-02862 with the EEOC alleging violations of Title VII by Chipotle. The EEOC investigated the charge filed by Hanson, issued Chipotle a Letter of Determination on August 4, 2021 finding reasonable cause to believe Title VII was violated with regard to Hanson and a class of similarly aggrieved female employees, and invited Chipotle to explore informal methods of conciliation to eliminate the unlawful employment practices and to provide appropriate relief. The EEOC then communicated with Chipotle to provide Chipotle the opportunity to remedy the discriminatory practices described in the EEOC's Letter of Determination. The EEOC was unable to secure an acceptable conciliation agreement with Chipotle. On September 10, 2021, the EEOC issued a Notice of Failure of Conciliation to Chipotle for the charge. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

10. Since at least October 2019, Defendants have engaged in unlawful employment practices because of sex in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), by

**COMPLAINT- Page 3**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

subjecting Hanson, and similarly aggrieved female employees to sexual harassment and a hostile work environment based on sex, and by causing the constructive discharge of Hanson, and similarly aggrieved female employees.

11. The practices complained of in paragraph 10 include but are not limited to the following:

    a. Defendants allowed a 29-year old male service manager assigned to the Sammamish, Washington store, and 24-year old male crew member assigned to the Issaquah, Washington store, to subject Hanson, and other similarly aggrieved female employees to unwelcome verbal and physical sexual conduct.

    b. Starting in or around October 2019, the male Sammamish service manager sexually harassed a 17-year-old female employee, including telling her he liked the way her ass moved, suggesting she sit on his lap, and asking her for a lap dance when she requested a work break. The Sammamish service manager escalated his harassment of the 17-year old female employee by touching and kissing her, and ultimately, sexually assaulting her one night while they were closing the store.

    c. Starting in or around November 2019, the male Sammamish service manager sexually harassed a second underage female employee, including staring at her, making comments about her physical appearance and suggesting that he wanted to have sex with her. The same female employee also heard that the male service manager behaved inappropriately towards other female employees, including touching their bodies.

**COMPLAINT- Page 4**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

    d. Starting in or around January 2020, the male Sammamish service manager sexually harassed a third underage female employee. He commented about her butt and the bodies of other female workers. He cornered her in the walk in freezer and refused to let leave. She needed to push her way past him to exit.

    e. Starting in February 2020, the male Sammamish service manager subjected Hanson to frequent, unwelcome comments of a sexual nature. For example, he called Hanson a "piece" and described his sexual activities with his girlfriend.

    f. In May 2020, the male Sammamish service manager escalated his harassment of Hanson. On May 15, 2020, he touched Hanson on the behind. On or about May 16, 2020, he trapped Hanson in the walk-in freezer and Hanson needed to push past him to get out of the freezer.

    g. Starting in or around May 2020, Defendants temporarily reassigned a male Issaquah crew member to work at the Sammamish store, where he subjected Hanson, and other female employees to multiple instances of unwelcome comments of a sexual nature, invasion of their physical space and unwelcome physical contact.

    h. He called Hanson and other female employees names like "mama," "sweetheart," "baby girl" and "honey," and commented about female workers' bodies. The male crew member also asked Hanson if her wrist pain was due to her masturbating too much because he had the same problem.

12. Defendants knew of the male Sammamish store manager's and male Issaquah crew member's offensive and unwelcome sexual conduct towards Hanson and similarly

**COMPLAINT- Page 5**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

aggrieved female employees and failed to take prompt or appropriate corrective action to prevent or remedy the hostile work environment they created:

   a. In October 2019, a female service manager notified the Sammamish General Manager that the male service manager may have been pursuing an inappropriate relationship with a 17-year old female employee.

   b. Despite this warning, the General Manager failed to conduct a reasonable investigation.  Instead, the General Manager advised the 17-year old female employee that she might be fired for having an inappropriate relationship with the male service manager and told her that other females had already asked not to be scheduled to work with him because he made them uncomfortable.

   c. The General Manager then: (1) continued to schedule the male service manager and the 17-year old female employee for closing shifts together; (2) did not follow-up with the female employee to ensure her safety while working on the closing shift; and (3) did not investigate why other female employees did not want to work with the male service manager or why he made them uncomfortable.

   d. After the General Manager failed to take prompt and effective action to stop the male Sammamish service manager's harassment of the 17-year old female employee, he escalated his harassment of her in November 2019, including sexually assaulting her again while they were closing the store, and after that explicitly describing to her what he wanted to do to her sexually.

   e. In January 2020, one of the 17-year old female employees complained to the Sammamish General Manager about the sexual harassment by the male

**COMPLAINT- Page 6**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

    service manager. The General Manager again failed to: (1) investigate her complaint; (2) document her complaint, and (3) discipline the service manager.

    f. In May 2020, Hanson complained to the new Sammamish General Manager after the male service manager escalated his harassment of Hanson, including him touching Hanson on the behind and trapping Hanson in the walk-in freezer.

    g. On or around June 1, 2020, Hanson and a female employee complained to the Sammamish General Manager about being harassed by the male Issaquah crew member. The General Manager said she would talk to him and return him to the Issaquah store.

    h. But Defendants did not act promptly, and he continued working with Hanson and other female employees at the Sammamish store, where he angrily and aggressively confronted them about their harassment complaint, getting close and touching them on their backs, sides and brushing up against Hanson.

    i. Concerned by Defendants' failure to act promptly on or about June 1, 2020, Hanson also notified the General Manager of the Issaquah store about the male crew member's sexual harassment of female employees.

    j. Even then, despite that the general managers of both the Sammamish and Issaquah stores knew about the crew member's sexual harassment and aggressive behavior, Defendants assigned him to work at their South Center store pending their investigation of the harassment complaints against him.

13. By early June 2020, Defendants' failure to take prompt or appropriate corrective

**COMPLAINT- Page 7**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

action to prevent or remedy the hostile work environment created by the male Sammamish service manager's and the male Issaquah crew member's offensive and unwelcome sexual conduct caused Hanson, and similarly aggrieved female employees to fear for their physical safety and made working conditions so intolerable they felt forced to resign.

14. The effect of the practices complained of in paragraphs 10–13 above has been to deprive Hanson, and similarly aggrieved female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex (female).

15. The unlawful employment practices complained of in paragraphs 10–13 were and are intentional.

16. The unlawful employment practices complained of in paragraphs 10–13 above were done with malice or with reckless indifference to the federally protected rights of Hanson, and similarly aggrieved female employees

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, agents, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate based on sex, female, including sexual harassment.

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees because of their sex (female).

C. Order Defendants to make whole Hanson, and similarly aggrieved female employees by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their

**COMPLAINT- Page 8**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

unlawful employment practices.

  D. Order Defendants to make whole Hanson, and similarly aggrieved female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 10–16 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

  E. Order Defendants to make whole Hanson, and similarly aggrieved female employees by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 10–16 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  F. Order Defendants to pay Hanson, and similarly aggrieved female employees punitive damages for their malicious and reckless conduct, as described in paragraphs 10–16 above in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 9th day of March 2022.

| | |
|---|---|
| BY: */s/ Roberta L. Steele* <br> Roberta L. Steele <br> Regional Attorney <br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br> San Francisco District Office <br> 450 Golden Gate Ave, 5th Floor West | CHRISTOPHER LAGE <br> Deputy General Counsel <br><br> GWENDOLYN YOUNG REAMS <br> Associate General Counsel <br><br> Office of the General Counsel |

**COMPLAINT- Page 9**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

| | |
|---|---|
| P.O. Box 36025 | 131 "M" Street NE |
| San Francisco, CA 94102 | Washington, D.C. 20507 |
| Telephone (415) 522-3150 | |
| roberta.steele@eeoc.gov | |

BY: */s/ Damien A. Lee*
Damien A. Lee
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 576-3038
damien.lee@eeoc.gov

BY: */s/ Carmen Flores*
Carmen Flores
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3035
Facsimile (206) 220- 6196
carmen.flores@eeoc.gov

BY: */s/ Amos Blackman*
Amos Blackman
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3027
Facsimile (206) 220- 6196
amos.blackman@eeoc.gov

Attorneys for Plaintiff EEOC

**COMPLAINT- Page 10**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 9th day of March 2022

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, Washington 98104
Telephone: 206-576-3028
Fax: 206-220-6911
Email: rebecca.eaton@eeoc.gov

**COMPLAINT- Page 11**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882