IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> **CHIPOTLE SERVICES, LLC, ET AL.** <br><br> Defendant/Respondent | Cause No.:   **2:22-CV-00279-MLP** <br> Hearing Date: <br><br> DECLARATION OF SERVICE OF <br> **SUMMONS; COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, a resident of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness

On the **24th day of March, 2022** at **1:37 PM** at the address of **300 DESCHUTES WAY SW STE 208, MC-CSC1, TUMWATER, Thurston County, WA 98501**; this declarant served the above described documents upon **CHIPOTLE SERVICES, LLC c/o CORPORATION SERVICE COMPANY, Registered Agent** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CORPORATION SERVICE COMPANY, Registered Agent, I delivered the documents to CORPORATION SERVICE COMPANY, Registered Agent with identity confirmed by physical description. The individual accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away). The individual appeared to be a black-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 80-120 lbs. Cynthia Jones**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**

PAGE 1 OF 2

Tracking #: **0084724867**

For: **U S EEOC -Seattle**
Ref #: **2:22-cv-00279-MLP Complaint Service**



| PLAINTIFF/PETITIONER: EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CHIPOTLE SERVICES, LLC, ET AL. | 2:22-CV-00279-MLP |

Service Fee Total: **$83.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Date: 03/24/2022

*Kevin Nakai*

**Kevin Nakai, Reg. # 3465919, Lewis County, WA**

**ORIGINAL PROOF OF SERVICE**

PAGE 2 OF 2

For: **U S EEOC -Seattle**
Ref #: **2:22-cv-00279-MLP Complaint Service**

Tracking #: **0084724867**