THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>CHIPOTLE SERVICES, LLC, and CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendants. | CASE NO. C22-279-RSL-MLP<br><br>**ORDER GRANTING JOINT UNOPPOSED MOTION TO AMEND CASE SCHEDULING ORDER** |

## ORDER

The Court, having reviewed the Joint Unopposed Motion for Extension of Case Scheduling Deadlines and deeming itself fully informed, hereby ORDERS: the Motion to Amend Case Scheduling Order is GRANTED.

IT IS HEREBY ORDERED that the case schedule in the above-entitled matter is hereby amended, extending remaining case deadlines as follows:

| Event | New Deadline |
|---|---|
| Reports of expert witnesses under FRCP 26(a)(2) due | Feb. 22, 2023 |

EEOC v. Chipotle Services et al
C22-279-RSL-MLP
ORDER - Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

| | |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d)) | Mar. 6, 2023 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | Mar. 22, 2023 |
| Mediation per LCR 39.1 held no later than | April 6, 2023 |
| Discovery to be completed by | April 6, 2023 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy Daubert must be filed pursuant to LCR 7(d) | May 6, 2023 |

All other case management deadlines remain unchanged. IT IS SO ORDERED.

DATED this 18th day of November, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

Equal Employment Opportunity
 Commission

*/s/  Clive A. Pontusson*
Clive A. Pontusson
Trial Attorney

Attorney for Plaintiff EEOC

EEOC v. Chipotle Services et al
C22-279-RSL-MLP
ORDER - Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882