THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>CHIPOTLE SERVICES, LLC, and CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendants. | Case No. C22-279RSL-MLP<br><br>ORDER ENTERING CONSENT DECREE |

The Court, having considered the stipulated Consent Decree of the parties filed concurrently herewith, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms.

//

//

//

//

//

EEOC v. Chipotle Services et al
2:22-cv-00279-RSL-MLP
ORDER ENTERING CONSENT DECREE - Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

IT IS SO ORDERED.

DATED this 14th of September, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | GWENDOLYN YOUNG REAMS<br>Acting General Counsel |
| RAYMOND T. CHEUNG<br>Senior Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| CLIVE A. PONTUSSON<br>Trial Attorney | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>Office of the General Counsel<br>131 "M" Street NE, 5th Floor<br>Washington, D.C. 20507 |

BY:   /s/ Roberta Steele
Roberta Steele
Equal Employment Opportunity Commission
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3011
Facsimile (206) 220-6196

*Attorneys for Plaintiff*

MARTENSON, HASBROUCK & SIMON LLP

BY:   /s/ Matthew D. Treco
Elizabeth Bulat Turner, GA Bar No. 558428*
Matthew D. Treco, GA Bar No. 802181*
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30309

EEOC v. Chipotle Services et al
2:22-cv-00279-RSL-MLP
ORDER ENTERING CONSENT DECREE - Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

1  T: (404) 909-8100
   F: (404) 909-8120
2  bturner@martensonlaw.com
   mtreco@martensonlaw.com
3  *Pro Hac Vice

4  -and-

5
   Kelly Drew Folger
6  GORDON REES SCULLY MANSUKHANI LLP
   Washington Bar No. 39407
7  601 W First Ave, Ste 1400
   Spokane, WA 99224
8  Telephone: 509-241-8865
   kdrew@grsm.com
9

10                              *Attorneys for Defendant*

EEOC v. Chipotle Services et al
2:22-cv-00279-RSL-MLP
ORDER ENTERING CONSENT DECREE - Page 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882