THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff

v.

CHIPOTLE SERVICES, LLC, and CHIPOTLE MEXICAN GRILL, INC.,

Defendants.

CIVIL ACTION NO. 2:22-cv-00279-RSL

**ORDER REGARDING STIPULATION TO EXTEND CONSENT DECREE**

**ORDER**

The Court, having considered the Stipulation to Extend Consent Decree that the parties filed concurrently herewith, HEREBY ORDERS THAT the Stipulation to Extend Consent Decree be, and hereby is, approved.

IT IS SO ORDERED.

DATED this 14th Day of December, 2023.

_____
THE HONORABLE ROBERT S. LASNIK
United States District Judge

EEOC v. Chipotle Services et al
2:22-cv-00279-RSL
ORDER REGARDING STIPULATION TO EXTEND
CONSENT DECREE - Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave , Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

Presented by:

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | KARLA GILBRIDE<br>General Counsel |
| RAYMOND T. CHEUNG<br>Senior Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| CLIVE A. PONTUSSON<br>Trial Attorney | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Office of the General Counsel<br>131 "M" Street NE, 5th Floor<br>Washington, D.C. 20507 |

BY:  /s/ Roberta Steele
Roberta Steele
Equal Employment Opportunity Commission
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3011
Facsimile (206) 220-6196

*Attorneys for Plaintiff*

MARTENSON, HASBROUCK & SIMON LLP

BY:  /s/ Matthew D. Treco
Elizabeth Bulat Turner, GA Bar No. 558428*
Matthew D. Treco, GA Bar No. 802181*
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30309
T: (404) 909-8100
F: (404) 909-8120
bturner@martensonlaw.com
mtreco@martensonlaw.com
*Pro Hac Vice

-and-

Kelly Drew Folger
GORDON REES SCULLY MANSUKHANI LLP
Washington Bar No. 39407

EEOC v. Chipotle Services et al
2:22-cv-00279-RSL
ORDER REGARDING STIPULATION TO EXTEND
CONSENT DECREE - Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave , Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

601 W First Ave, Ste 1400
Spokane, WA 99224
Telephone: 509-241-8865
kdrew@grsm.com

*Attorneys for Defendant*
*Chipotle Services, LLC*

EEOC v. Chipotle Services et al
2:22-cv-00279-RSL
ORDER REGARDING STIPULATION TO EXTEND
CONSENT DECREE - Page 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882